UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SYLVESTER OKPOKO,
    Plaintiff,

v.                                                                                                C.A. 10-43 S

F. GERARD HEINAUER, Director,
Nebraska Service Center,
ALEJANDRO MAYRKAS, Director,
United States Citizenship and
Immigration Services, and JANET
NAPOLITANO, Secretary, Department
of Homeland Security,
    Defendants.

## ORDER

The Report and Recommendations of United States Magistrate Judge David L. Martin filed on February 11, 2011 (document #8) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment is hereby GRANTED and Plaintiff's Opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment and Plaintiff's Motion for Summary Judgment is hereby DENIED. Further, the above-captioned matter is hereby DISMISSED.

ENTER:

/s/ WSmith
William E. Smith
United States District Judge

Date: 3/2/11